```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CERTAIN UNDERWRITERS AT LLOYD'S,  :
LONDON, et al.,                                                   :
                                                                  :
                      Appellants,  :        20-cv-1645 (LJL)
                                                                  :
        -v-                                                         :        ORDER
                                                                  :
ROWENA DRENNEN, FLORA GASKIN, ROGER :
TURNER, CHRISTIE TURNER, JOHN PICARD and :
REBECCA PICARD, individually and as the :
representatives of the KESSLER SETTLEMENT :
CLASS,                                                            :
                                                                  :
STEVEN MITCHELL and RUTH MITCHELL, :
individually and as the representatives of the MITCHELL :
SETTLEMENT CLASS, and                                             :
                                                                  :
RESCAP LIQUIDATING TRUST,                                         :
                                                                  :
                      Appellees. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       On April 10, 2020, the Court issued an opinion and order denying the motion for leave to appeal an interlocutory order from the Memorandum of Decision of Hon. Sean H. Lane dated December 27, 2019 and entered January 14, 2020.  *See* Dkt. No. 8.

       The Clerk of Court is respectfully directed to close the case.

       SO ORDERED.

Dated: May 13, 2020                            _____
      New York, New York                       LEWIS J. LIMAN
                                                      United States District Judge